### MOSS et al. v. HYMAN.

(Supreme Court, Appellate Term. March 13, 1911.)

DAMAGES (§ 24*)—SPECULATIVE DAMAGES.

    Speculative damages resulting from injury to material are not recoverable.

    [Ed. Note.—For other cases, see Damages, Cent. Dig. §§ 69, 236; Dec. Dig. § 24.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Arthur J. Moss and another, partners as Moss & Graham, against Charles Hyman. Judgment for plaintiffs, and defendant appeals. Modified and affirmed.

Argued before SEABURY, PAGE, and BIJUR, JJ.

Herman B. Goodstein, for appellant.

Martin Bourke, for respondents.

PER CURIAM. The defendant's responsibility for the injury to plaintiffs' materials and the damage to the extent of $165.18 was established on the trial. Any damage beyond that sum is entirely speculative, and not based upon sufficient evidence to sustain the judgment.

The judgment will therefore be modified by deducting therefrom $34.82, and as modified affirmed, without costs to either party of this appeal.